UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PROFESSIONAL INVESTIGATING & CONSULTING AGENCY, INC. | : |
| Plaintiff, | : CASE NO. 2: 11 CV 1025 |
| -v- | : Judge Gregory L. Frost |
| DAVID SUZUKI, et al. , | : Magistrate Judge Deavers |
| Defendants. | : |

## PLAINTIFF'S SUPPLEMENT TO ITS RESPONSE TO ORDER TO SHOW CAUSE

On May 18, 2012, this Court issued an Order directing Plaintiff ("PICA") to show cause why the action should not be dismissed without prejudice pursuant to FRCP 4(m). PICA responded on June 1, 2012, indicating the steps taken to perfect service on Defendants, both of whom reside in Hong Kong.

PICA now supplements its response with the attached *Affirmations of Non-Service*, indicating that neither defendant has yet been served. PICA will again contract with Legal Language Services in order to perfect service on Defendants, and will keep the Court advised of its progress.

Respectfully submitted,

/s/ John M. Gonzales
John M. Gonzales (0038664)
Robert J. Behal (0014085)
THE BEHAL LAW GROUP LLC
501 South High Street
Columbus, Ohio 43215
T: (614) 643-5050
F: (614) 224-8708
Email: jgonzales@behallaw.com
       rbehal@behallaw.com
*Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2012, I served a copy of the foregoing, *Plaintiff's Response to Order to Show Cause,* by Facsimile Transmission Only, upon:

>Mena Lo, Esq.
>Wilkinson & Grist
>6th Floor, Prince's Building
>10 Chater Road, Central
>Hong Kong
>*Attorney for Defendants,*
>*Suzuki Reconnaissance Advisors Limited and*
>*David Suzuki*

                                                              /s/ John M. Gonzales
                                                            John M. Gonzales (0038664)

香港特別行政區政府
政務司司長辦公室轄下行政署



The Government of
The Hong Kong Special Administrative Region
Administration Wing,
Chief Secretary for Administration's Office

香 港 添 馬 添 美 道 2 號

2 Tim Mei Avenue, Tamar, Hong Kong

本函檔號 Our Ref.: CSO/ADM/SJ/24/2012

來函檔號 Your Ref.:

Room 321, 3/F, East Wing
Central Government Offices
Tel No. (852) 2810 3969
Fax No. (852) 2842 8897

**<u>By Speedpost</u>**

4 May 2012

Karina Shreefer, Esq.
LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110
Leawood, Kansas 66208
USA

Dear Sir,

### Service of Documents on
### David SUZUKI

    I refer to your recent request for service and regret to inform that service of judicial documents could not be effected on the party concerned. Enclosed please find an Affirmation of Non-service completed by the Bailiff's Assistant of the High Court and the unserved documents for your disposal.

    It is noticed that 'USA' and 'Hong Kong' are listed on an equal basis in the request form. For future requests for service, you may consider amending the above 'Hong Kong' to 'Hong Kong, China'.

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

Encl.

EXHIBIT
1

CSO/ADM/SJ/24/2012A

Request for Service of Judicial Documents from:   USA (Kansas)

Party for Service:   David Suzuki

## AFFIRMATION OF NON-SERVICE

I, MO Sum-yu, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named David Suzuki with the following judicial documents:

   (i)   Request;
   (ii)  Summary of the document to be served;
   (iii) Certificate (unexecuted);
   (iv)  Notice with Civil Action No. 2:11 CV 1025;
   (v)   Summons in a Civil Action with Civil Action No. 2:11 CV 1025;
   (vi)  Complaint for Injunction with Exhibit 1 with Case No. 2:11 CV 1025.

2. I did on Wednesday the 28th day of March 2012 at 1141 hours call at the address given in the Request for Service, namely, Room 602, 135 Bonham Strand Trade Center, 135 Bonham Strand, Sheung Wan, Hong Kong, for effecting service of the aforesaid judicial documents.

3. On arrival at the aforesaid address, a Mr. NAN answered my call. I revealed my identity and purpose of visit to him. Mr. NAN told me that the premises were occupied by a company namely, Suzuki Reconnaissance Advisors Limited and the Party for Service was unknown to him.

4. For the aforesaid reason, I was unable to effect service of the aforesaid judicial documents.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                      )
Bailiff Hong Kong Regional Office,               )
26th floor, Wanchai Law Courts Building,         )
Hong Kong,                                       )
this 16th day of April 2012

Before me,

SUEN Wai-heung
Commissioner for Oaths
Judiciary

CSO/ADM/SJ/24/2012A

Request for Service of Judicial Documents from
<u>USA (Kansas)</u>

Judicial Documents to be served on:
<u>David Suzuki</u>

*******************************************

AFFIRMATION OF MO Sum-yu

*******************************************

Dated this 16th day of April 2012.
Bailiff Hong Kong Regional Office,
26th Floor, Wanchai Law Courts Building,
Hong Kong,

Civil Action No. 2:11 CV 1025

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
### D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | Chief Secretary for Administration<br>Hong Kong Special Administrative Region<br>Government<br>Room 321, 3/F., East Wing<br>Central Government Offices<br>2 Tim Mei Avenue, Admiralty<br>HONG KONG, CHINA |

The undersigned applicant has the honour to transmit -in duplicate- the d
above-mentioned Convention, requests prompt service of one copy thereof on the ad
(Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   David SUZUKI, an individual
_____Room 602, 135 Bonham Strand Trade Center, 135 Bonham Strand Sheung Wan_____
_____HONG KONG_____

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
(b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a judicial officer in accordance
_____with your internal law for service of documents upon persons or entities in your territory._____

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*;~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

Executed "Request," in duplicate
"Certificate" (unexecuted), in duplicate
"Summary," in duplicate
"Notice," in duplicate
Summons in a Civil Action, in duplicate
Complaint for Injunction with Exhibit 1, in duplicate

Done at  Leawood, Kansas, U.S.A. , the  12 Dec. 2011
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

*Delete if inappropriate
*Rayer les mentions inutiles.*

1

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
☐ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
-(identity and description of person)
-*(identité et qualité de la personne)* _____

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_Affirmation of Non-service of Mo Sum yu, Bailiff's Assistant dated 16th April 2012_

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

Done at _____ , the
*Fait à* _____ *, le*
Signature and / or stamp OF THE HIGH COURT
*Signature et / ou cachet.*

20 APR 2012

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2



香港特別行政區政府
政務司司長辦公室轄下行政署

The Government of
The Hong Kong Special Administrative Region
Administration Wing,
Chief Secretary for Administration's Office

香 港 添 馬 添 美 道 2 號

2 Tim Mei Avenue, Tamar, Hong Kong

本函檔號 Our Ref.:   CSO/ADM/SJ/25/2012

來函檔號 Your Ref.:

People's Republic of China

Room 321, 3/F, East Wing
Central Government Offices
Tel No. (852) 2810 3969
Fax No. (852) 2842 8897

**By Speedpost**

13 April 2012

Karina Shreefer, Esq.
LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110
Leawood, Kansas 66208
USA

Dear Sir,

## Service of Documents on
## Suzuki Reconnaissance Advisors Limited

I refer to your recent request and regret to inform that service of judicial documents could not be effected on the party concerned. Enclosed please find an Affirmation of Non-service completed by the Bailiff's Assistant of the High Court and the unserved documents for your disposal.

It is noticed that the addressee is a limited company. Under the laws of Hong Kong, where a party is a limited company, service is usually effected by leaving at the registered office. The Registrar of the High Court asked whether you could provide proof of the registered office of the addressee (in form of a company search record obtained from the Companies Registry of Hong Kong, more details can be viewed at http://www.cr.gov.hk/en/electronic/search.htm), so that the bailiff can attempt to serve the documents again. Alternatively, you may provide another address for service.

It is noticed that "USA" and "Hong Kong" are listed on an equal basis in the request form. For future requests for service, you may consider amending the above "Hong Kong" to "Hong Kong, China".

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

EXHIBIT 2

Encl.

CSO/ADM/SJ/25/2012A

Request for Service of Judicial Documents from: USA (KANSAS)

Party for Service: SUZUKI RECONNAISSANCE ADVISORS LIMITED

### AFFIRMATION OF NON-SERVICE

I, CHEUNG Moon-cheong, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named Suzuki Reconnaissance Advisors Limited with the following judicial documents:

    i) Request;
    ii) Summary of the document to be served;
    iii) Certificate (unexecuted);
    iv) Notice (Civil Action No.2:11 CV 1025);
    v) Summons in a Civil Action (Civil Action No.: 2:11 CV 1025); and
    vi) Complaint for Injunction with Exhibit 1 (Civil Action No.: 2:11 CV 1025).

2. I did on Tuesday the 27th day of March 2012 at 1124 hours call at the address given in the Request for Service, namely, Unit 1205, 12/F, Sino Plaza, 255 Gloucester Road, Causeway Bay, Hong Kong, for effecting the service of the aforesaid judicial documents.

3. On arrival at the aforesaid address, I could not find the said Suzuki Reconnaissance Advisors Limited. I found that the premises at the aforesaid address was wholly occupied by one company, namely Capgemini Hong Kong Ltd.

4. I made enquiries at the said Capgemini Hong Kong Ltd. and revealed the purpose of my visit to a female staff member Miss Hui therein. She told me that the party for service, namely Suzuki Reconnaissance Advisors Limited was unknown to her.

5. For the aforesaid reason, I was unable to effect service of the aforesaid judicial documents.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at            )
Bailiff Hong Kong Regional Office,  )
26th floor, Wanchai Law Courts Building,  )
Hong Kong,          )
this 28th day of March 2012

Before me,

CHIU Chi-wai

Commissioner for Oaths
Judiciary

CSO/ADM/SJ/25/2012A

Request for Service of Judicial Documents from
USA (KANSAS)

Judicial Documents to be served on:
Suzuki Reconnaissance Advisors Limited

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIRMATION OF CHEUNG Moon-cheong

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dated this 28th day of March 2012
Bailiff Hong Kong Regional Office
26/F., Wanchai Law Courts Building,
Hong Kong Special Administrative Region



Civil Action No. 2:11 CV 1025

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | Chief Secretary for Administration<br>Hong Kong Special Administrative Region<br>Government<br>Room 321, 3/F., East Wing<br>Central Government Offices<br>2 Tim Mei Avenue, Admiralty<br>HONG KONG, CHINA |

The undersigned applicant has the honour to transmit -in duplicate- the
above-mentioned Convention, requests prompt service of one copy thereof on the :
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    SUZUKI RECONNAISSANCE ADVISORS LIMITED
   Unit 1205, 12/F Sino Plaza, 255 Gloucester Road, Causeway Bay
   HONG KONG

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
   ~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :    Personal (in-hand) service by a judicial officer in accordance
      with your internal law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
   ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec
l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 12 Dec 2011 |
| "Summary," in duplicate | *Fait à _____, le _____* |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons in a Civil Action, in duplicate | *Signature et/ou cachet.* |
| Complaint for Injunction with Exhibit 1, in duplicate | |

*Karina Shreefer* (signature)

*Delete if inappropriate          (Formerly OBD-116 which was formerly LAA-116,      USM-94
Rayer les mentions inutiles.          1          both of which may still be used)          (Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
  *b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* _____

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

Affirmation of non-service of Cheung Moon-Choeng, Bailiff 3 District dated 7th March 2012.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*

_____
_____

Done at _____ he
*Fait à* _____ , *le* _____

Signature and / or stamp.
*Signature et / ou cachet.*

11 APR 2012

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2